IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DIJON CORTEZ ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-167 |
| | ) | |
| CHARLES B. WEBSTER DETENTION CENTER; SHERIFF RICHARD ROUNDTREE; and CITY OF AUGUSTA, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. In the Report and Recommendation, the Magistrate Judge recommended dismissal of Defendants Roundtree and City of Augusta as Plaintiff failed to state a claim against them. Moreover, in his amended complaint, Plaintiff no longer names Charles B. Webster Detention Center as a Defendant. Therefore, all claims against all Defendants are ripe for dismissal. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's Motion to Appoint Counsel (doc. no. 9), **DISMISSES** Plaintiff's complaint for failure to state a claim, and **DIRECTS** the Clerk to

**CLOSE** this civil action.

SO ORDERED this 21ST day of February, 2017, at Augusta, Georgia.

*[signature]*
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2